944

No. 79–5775. GRAY *v.* ROWLEY. C. A. 5th Cir. Certiorari denied.

No. 79–5782. EDDINGTON *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 79–5791. GRAY *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 79–5809. BOIGNER *v.* PERINI, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 79–5826. BLANCHARD *v.* GOVERNMENT OF THE CANAL ZONE. C. A. 5th Cir. Certiorari denied.

No. 79–5844. GALE *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 79–5871. ALTON ET AL. *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 79–5911. KNIGHT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–5931. TAYLOR *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–5945. FORCELLATI *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 79–6004. LESSARD *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 79–6022. MURRAY *v.* STACK, SHERIFF, ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–6028. LOCKETT *v.* SOUTH CENTRAL BELL TELEPHONE CO. C. A. 5th Cir. Certiorari denied.